No. 975, Misc. BADAMO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 977, Misc. BREWTON *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 540, Misc. TSIMPIDES ET AL. *v.* GILES, CIRCUIT COURT JUDGE, *ante,* p. 804; and

No. 763, Misc. LIPSCOMB *v.* UNITED STATES BOARD OF PAROLE, *ante,* p. 826. Petitions for rehearing denied.

APRIL 13, 1962.

No. 853. LUTON *v.* TEXAS ET AL. The motion to dispense with printing the petition for certiorari is granted. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this motion and application. *William VanDercreek* and *Tom Ryan* for petitioner. *Henry Wade* for respondents.

APRIL 16, 1962.*

No. 617. KER ET UX. *v.* CALIFORNIA. Certiorari, 368 U. S. 974, to the District Court of Appeal of California, Second Appellate District. The motion of petitioner for leave to proceed further herein *in forma pauperis* is granted. *Robert W. Stanley* for George D. Ker, petitioner.

---

*MR. JUSTICE FRANKFURTER and MR. JUSTICE WHITE took no part in the consideration or decision of cases in which orders were this day announced.